IN THE UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>APPELLEE,<br>*v.*<br>AIMEE MARIE BOCK,<br>APPELLANT. | Appeal No.<br>26-2234 |

**Motion of Appellee for Extension of Time**

The United States, by and through its attorneys, respectfully moves this Court for an extension of time to file its answering brief in the above-captioned appeal for the reasons below.

A jury found Defendant Aimee Bock guilty of leading a massive fraud scheme. She was the central figure in what became the largest COVID-19 relief fraud scheme in the United States, spearheading the exploitation of a public program designed to feed children during the pandemic through her sham organization, Feeding Our Future.

Bock and one of her thirteen co-defendants, Salim Ahmed Said, proceeded to trial together; the trial took place between February 10 and March 19, 2025. Bock was convicted of offenses including conspiracy to commit wire fraud, wire fraud, conspiracy to commit federal programs bribery, and

federal programs bribery. Said was charged in the same counts as Bock and found guilty of the same offenses, except for one count of the indictment that charged Bock and a different co-defendant. Said was also charged in other counts that did not include Bock. Each charge in the 61-count indictment, though, arises out of the same fraud scheme, whether or not Bock, Said, or both were charged in any particular count.

As noted in the government's previous motions for extension, the government anticipates moving to consolidate this appeal with any appeal filed by co-defendant Said. Said was sentenced on October 28, 2026, and the district court has not yet entered its judgment on its docket.[1] Given the expected overlap between Bock's and Said's anticipated appeal due to the joint trial, an extension to permit the consolidation of this case with Said's appeal would conserve judicial and prosecution resources, ensure a better understanding of this complex case, and maximize efficiency.

In addition, responsibility for handling this appeal has recently been transferred from the U.S. Attorney's Office to the Appellate Section of the National Fraud Enforcement Division. The undersigned will have primary

[1] Under Federal Rule of Appellate Procedure 4(b)(1)(A), Said must file his notice of appeal within 14 days of the entry of judgment.

responsibility for drafting the government's brief and will need additional time to familiarize herself with the large record in this case and to draft the government's brief.

For all these reasons, the government requests an additional one-month extension of time to file its answering brief from November 13 to and including December 14, 2026.

Respectfully submitted,

s/ Elissa Hart-Mahan

ELISSA HART-MAHAN
*Attorney*
*Appellate Section*
*National Fraud Enforcement Division*
*Department of Justice*
*950 Pennsylvania Avenue, NW*
*Washington, D.C. 20530-0001*
*(202) 532-3712*
*Elissa.R.Hart@usdoj.gov*

Dated: November 10, 2026

**Certificate of Compliance**

The undersigned attorney for the United States certifies this response complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). The motion uses a 14-point Book Antiqua font and has 427 words, proportionally spaced. The response was prepared using Word for Microsoft 365.

Respectfully submitted,

s/ Elissa Hart-Mahan

ELISSA HART-MAHAN
*Attorney*
*Appellate Section*
*National Fraud Enforcement Division*
*Department of Justice*
*950 Pennsylvania Avenue, NW*
*Washington, D.C. 20530-0001*
*(202) 532-3712*
*Elissa.R.Hart@usdoj.gov*

Dated: November 10, 2026



Appellate Case: 26-2234 Page: 4 Date Filed: 11/10/2026 Entry ID: 5704757

# <u>**Certificate of Service**</u>

I hereby certify that on November 10, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

Respectfully submitted,

s/ Elissa Hart-Mahan

ELISSA HART-MAHAN
*Attorney*
*Appellate Section*
*National Fraud Enforcement Division*
*Department of Justice*
*950 Pennsylvania Avenue, NW*
*Washington, D.C. 20530-0001*
*(202) 532-3712*
*Elissa.R.Hart@usdoj.gov*

Dated: November 10, 2026